AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NICHELLE FULMORE, H. RONALD REVELS III, ) <br> and RONALD C. JONES, ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> ) <br> UNITED PARCEL SERVICE, INC., ) <br>     Defendant. ) <br> _____) <br> NICHELLE FULMORE, H. RONALD REVELS III, ) <br> and RONALD C. JONES, ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> ) <br> UNITED PARCEL SERVICE, INC., ) <br>     Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> CASE NO. 7:11-CV-18-F <br><br><br><br><br><br><br><br> CASE NO. 7:11-CV-91-F |

\_\_\_\_      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X       **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that pursuant to the court's order on bill of costs dated April 17, 2014, and with no objections being filed, the Defendant United Parcel Service, Inc., is awarded the non-expedited costs in the amount of $529.20, in addition to the costs awarded in the November 7, 2013 order [DE 76]. In sum, total costs are taxed in the amount of $6,309.61 and included in the judgment.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 9, 2014**, WITH SERVICE ON:

Julie Hanna Fosbinder (via CM/ECF Notice of Electronic Filing)

Charles A. Gartland, II (via CM/ECF Notice of Electronic Filing)

Leslie Evans Wood (via CM/ECF Notice of Electronic Filing)

Susan B. Molony (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| May 9, 2014 | JULIE A. RICHARDS. Clerk |
| Date | *Eastern District of North Carolina* |
| | /s/ Susan K. Edwards |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |